■ In the Matter of COREY FLOOD, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [35 NYS3d 671]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Washington County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding challenging a tier III prison disciplinary determination. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to his inmate account. As petitioner has received all the relief to which he is

entitled, the petition must be dismissed as moot (*see Matter of Robinson v Prack*, 137 AD3d 1452, 1452 [2016]).

McCarthy, J.P., Garry, Lynch, Devine and Aarons, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.